# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1632.  ARTTIE PRICE v. ANTOINE CALDWELL, WARDEN.**

In this direct appeal, inmate Arttie Price challenges the trial court's denial of his petition for a writ of mandamus.[1]  The respondent has filed a motion to dismiss, contending that this Court lacks jurisdiction to consider Price's appeal.  We agree.

Because Price is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  Thus, we lack jurisdiction to consider Price's direct appeal from the superior court's order. See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).

We note that Price also filed an application for discretionary appeal of the same trial court order, and we denied his request.  See Case No. A17D0302 (decided March 22, 2017).  The denial of his application was an adjudication on the merits, so the doctrine of res judicata bars further appeal of the trial court's order.  See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Accordingly, the respondent's motion is hereby GRANTED and this appeal is hereby DISMISSED.

---

[1] Price directed his appeal to the Supreme Court, which transferred the case to this Court.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __05/30/2017__
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ , *Clerk.*